# Court of Appeals
# of the State of Georgia

ATLANTA, <u>July 31, 2013</u>

*The Court of Appeals hereby passes the following order:*

**A13A2003.  RALPH AKINNAGBE v. THG PROPERTIES, L. L. P.**

This case originated in magistrate court.  After an adverse ruling, defendant Ralph Akinnagbe appealed to the superior court.  In the superior court, plaintiff THG Properties, LLP, filed an amended complaint.  The superior court entered an order in favor of THG, and Akinnagbe filed this direct appeal.  We lack jurisdiction.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, Akinnagbe was required to follow the discretionary appeal procedures.  See OCGA § 5-6-35 (a) (1); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Even when the superior court decides an issue that was not raised or considered in the magistrate court, any appeal to this court must be pursuant to the discretionary appeal procedure because the case reached the superior court through a de novo appeal from the magistrate court." *Bullock*, supra at 876.  His failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* <u>07/31/2013</u>
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*